August 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

T.C.M.A. TRUCKING, INC., Appellant

NO. 14-13-00988-CV                    V.

MARIO CISNEROS AND FELIX A. AUZ, Appellees

_____

This cause, an appeal from the order dated June 18, 2013, made final and appealable in the final judgment signed on October 7, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the order dated June 18, 2013. We order the order dated June 18, 2013 **AFFIRMED**. We order appellant, T.C.M.A. Trucking, Inc. to pay all costs incurred in this appeal. We further order this decision certified below for observance.